FILED

AUG 2 9 2017

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

August 28, 2017

United States District Court
Northern District of Ohio

Plaintiff: Pro Se: Ralonda Ndiaye on behalf of the Estate of Emma Brown
forced ward of the State of Ohio
15409 Euclid Ave #701
East Cleveland, Ohio 44112
(216) 288-2630

1:17 CV 1814

Case No. 2011 GDN 171523 Probate Court
Case No. 13 CVF00524   Euclid Municipal Ct.
Exhibits pages:1-143
Amended Complaint pages:1-24
Witness List pages 24-31
FRCrP Rule 23 /Bad Faith/Malice
Bankruptcy Fraud/Scheme to Defraud
Civil Rights/Class Action Lawsuit
Business Rico/Rico/Mass Tort
Human Trafficking
Money Damages and return of property

Defendant(s)

Sam Thomas III, ESQ   Attorney of Record
1510 E. 191 Street
Euclid, Ohio 44117
216 229-1521 (cell)
216 357-3300 (office)

JUDGE NUGENT

MAG. JUDGE GREENBERG

In a criminal case the state must prove that the accused engaged in a "voluntary act, or duty that the person is capable of performing, with the requisite degree culpability for each element of the alleged offense in order to obtain a conviction R.C. 2901.21 (A) The state has the burden of establishing all material element of a crime by proof beyond a reasonable doubt. State v. Manley(1994), 71 Ohio St. 3d 342,346,643 N.E. 2d 1107, citing Mullaney v,Wilbur(1975),421 U.S.684,95 S.Ct. 1881, 44 L.Ed. 2nd 508; State v. Adams (1980), 62 Ohio St.2nd. 151, 153,16 O.O. 3d 169, 404 N.E. 2d. 144

The Due Process Clause protects the accused against conviction except upon proof beyond a reasonable doubt of every fact necessary to constitute the crime with which the accused is charged.

August 28,2017

# Amended Complaint

My mother Emma Brown maiden name is **Emma Christian** was purported to have had a stroke, she had been living at 1339 Lakeview road in Cleveland, Ohio DOB 11/6/45, for over 40 yrs. social security no 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 Now said to be deceased as of September 2015.

And had never had a stroke, but as soon as my sister co-applicant Yvonne Brown comes to town, the initial petitioner and the one who signs the application as fiduciary, the friend and college alliums of Judge Laura Gallagher RED FLAGS Everywhere. University Hospital Doctors and attended physicians and

Staff are also involved they gave the initial **Chemical Restraint** on the order of Judge Laura Gallagher The Wrongful Death of Emma Brown used for a liver transplation for Edward Brown Jr. (the Mason) and for Bone Marrow for Judge Gallagher relative a Male relative a child all via **Life Banc and tissue and organ facilitator**.

Case No# 2011 GDN 0171523 the probate court employees used the probate contract to steal money From the Federal Reserve Bank, breaking so many laws intimidation and fraud with malice (Procurement of live Organs, funding for Gay Rights legislation recently passed in 2015. During the Second term of the First African American President, Solicitation of Citizens and Human Trafficking Pandering obscenity and nudity Making Pornography for the purpose of attracting  visitors to Cleveland to attend The First National Republican Convention in 2015.

Creating a web site to show pornography of me Ralonda Ndiaye set on the internet to shame, degrade and embarrass and to gain unjust enrichment from the internet Mandated at the Attorney Generals Office (Fraud and tyranny, modern day slavery) Public Corruption Adult Entertainment found their also in the 2012 web site. GOVERNMENT CORRUPTION

Conspiracy, Collusion, In concert, Schemes to Defraud, a meeting of minds An agreement (premeditated)

 all of these defendants are guilty of all these crimes and conspiracy to commit them and many of these people are lawyers and judges and public officials fighting over this land they also used me as a whitsleblower for anti-trust with K& D management in the housing discrimination case.

Streaming the entire event of the conspiracy to kidnap to the entire world via web streaming devices and occult technology (Domestic Terrorism)

Fraud and extortion breach of probate contract

## Conspiracy to commit all of these crimes

*INTIMADATION/HATE CRIMES*

*14TH AMENDMENT and equal protection under the law*

*violation of rule 12b of the Civil Rules of Procedure*

*Violation of the Administrative procedure Act.*

*DUE PROCESS VIOLATION*

*EMPLOYMENT AND LABOR DISCRIMINATION*

*STATUTE OF FRAUDS*

*ANTI-DISCRIMINATION VIOLATIONS*

*HOUSING DISCRIMINATION*

*violation of the rules governing federal funding for participants in the workforce development program*

Contempt of office

Targeting of Christians with Religious hatred an murder

Domestic Violence

*Extortion by way of a probate contract with insiders and alliumuns and fraudulent transfer*

Occult Technology /Spy ware installation on devices and hidden cameras and web streaming

Citizens (Mob) involved because of solicitation an illegal incentive, illegal policy made at State and Local levels for start-up of non profit organization at the Attorney General office

RICO Racketeering Influencing Corruption Organization

Kidnapping and Chemical Restraint of the Elderly

Fiduciary fraud

Judicial Misconduct with Malice and Bad Faith

Attorney Misrepresentation/Fraud

Business RICO

Anti-Trust/Securities Fraud

Bribes and Kickbacks

State Sponsored Terrorism

Human Trafficking

Pandering pornography and obscenity at the state and local level

Illegal Procurement funding

Harboring or concealing fugitives

Insurance fraud, (Medicare and Medicaid and Life Insurance fraud

Intent to defraud particular persons

Terrorism

Torture

Tyranny

Mail fraud/Wire fraud

Embezzlement

Aiding /abetting

Money laundering

Civil Rights Violations

4

This is a Private suit and also a Precedent case for A Class Action Lawsuit on behalf of all of the Indians and African American and other protected Class, from Corporate Fraud and unjust enrichment. By using private citizens Defaulted Student Loans to initiate a petition using their own family members. Student Loan recipients' family members to assist them in the corruption, my sister came from California, my aunt and hidden figure in Community Development of Cuyahoga County, and last but not least my own father the (Mason) political affiliations. So devastating and Demonic. To secure living body parts. Oh my God, faking the death of Edward Brown Jr. and Emma Brown (Christian). God have mercy on these un Godly and very ignorant individuals. I would have never thought that these people would have done this to me. Web Streaming the entire Criminal acts and using mail and wire fraud. (Mass Tort) To view me naked in the privacy of my apartment at 23951 Lakeshore Blvd. #1504-B and then extorting for a legal brief by way of breach of contact, Fraudulent transfer of my mother by my aunt as an insider as family member which voidable and contrary to law, coercion and duress and obstruction of justice by Police to see me have sex and to entice people/Men to come to The Republic National Convention that was in 2016. Destroyed my career prospect and reputation and that was Judge Gallagher doing, she apparently had a personal issue with me because of a childhood friend i had to stop hanging with because she was to nosy and immoral in her behavior. a nosy demon too. Judge Gallagher had a interest in the contract, she wanted and got a bone marrow transplant and was unjustly enriched and used bribery of so many people. They actual are bribe, give cars to people and jobs. They used the money they stole to put hundreds of construction works to work. Used me Ralonda Ndiaye and Streamed it like now everyone in this world just about has knowledge of me. Using me for all their covert operations and illegality. Perversion and Sexual Abuse of me, Malice, Conspiracy, meeting of the minds, Collusion of Hospital, employee's doctors, lawyers. Tuned into me and have been invading me privacy using occult technology every since 2011 to present.

They are building this city up on extorting Private Citizens as a Scheme sanctioned at the Attorney General Office in corporation with the Governors' and Mayor's office and they should the entire world what I was doing. What did I have to do with my mother, father and judge Gallagher getting body parts and surgerys, because of their personal neglect of their own bodies or them having Cancer I did not give them Cancer and I did not own them anything. I owed a Student loan and as a result I would be victimized , stigmatized, discriminated, vilified ,slander, degraded to the entire world I had sex and masturbated to try to fill better and they streamed it live and create a porn site from it this is what my so called father did to me. What selfish Demonic people they all are and they're viewing audience. my anonymity gone forever.

Housing, Employment, Education, and Labor discrimination not to mention these new crimes added to Cuyahoga County Officials Plans to allocate money by destroying the lives of promising citizens and Human Trafficking and Solicitation for funding for Non-Profit Start-up by government Officials who all took oaths to up hold the Law who all decided to start being Corrupt to Public citizens as a way to get unjust enrichment and they recently greated another law that would further they greedy dealing by giving tax breaks on the first 100 thousands dollars when I heard this too I said to myself oh my God.

Protection from discrimination in all of theses areas with regard for equal Protection under the law

Defendant(s)
Sam Thomas Attorney of Record
1510 E. 191 Street
Euclid, Ohio 44117
216 229-1521 (cell)
216 357-3300 (office)

Defendants:

1. Judge Laura Gallagher
   (Conspiracy to kidnap) Judicial Misconduct and Fiduciary Fraud, Obstruction of justice /Abuse of
   power /no subject matter jurisdiction needed my mother's bone marrow for her male relative
   (MOTIVE) (Malice) (Racial Hatred) has a personal bias did not recues herself (Conspiracy) needed
   (Bone Marrow transplant for male relative) (Unjust enrichment and Solicitation for funding for
   non-profit organizations and Human Trafficking)
2. Ohio Governor John Kasick (Fraud, Unjust enrichment and Solicitation for funding for non-profit
   organizations and Human Trafficking) he calls it his raining day fund. Use of Federal dollars to
   Groom and extort Indian Residence of Cleveland in The Workforce Investment Program.

   3. Ohio Attorney General Mike Dewine
    (Fraud, Unjust enrichment and Solicitation for funding for non-profit organizations and Human
    Trafficking, pandering pornography within the attorney general office itself)
4. Magistrate Roseanne Hilow ((Conspiracy)( Fraud,Judicial Misconduct and  Unjust enrichment and
Solicitation and Human Trafficking coercion and Duress Fraud) violator of rule 12b of the rules Civil
Procedure, operating off the record, (Coercion and Threat)
5. Magistrate David Mills (Conspiracy) Fraud, Unjust enrichment and Solicitation and Human Trafficking
(In Concert and Collusion) See Exhibit:
6. Leslye M. Huff LLC, Fraud, Illegal third party a corporation as a lawyer (Unjust enrichment) Illegal
appointment of the Estate and person (Intimidation and Isolation
7.Yvonne Lanae Brown (sister)Fraud (Unjust enrichment)(Conspiracy ) Lived in California for over 25
years, popped up out of the blue graduated from the same college as Judge Gallagher. has disappeared
also
8. Rhoda Smith (aunt) my father's sister fraudulent transfer as a family member ( Retired Federal
Reserve Bank ) has disappeared also. Edward Brown (father) Liver Transplant Mason recently deceased
really? Or disappeared? I have never seen his dead body
9. President Barack Obama (Mason) and friend of my aunt and all these other Business criminals in this
matter.

# Bankruptcy Fraud/Business RICO

Civil Rights/Human Rights/Constitutional Rights Violations
Fiduciary Fraud/Bad Faith/Malice
Obstruction of Justice
Intimidation and Threat and Compulsion
State Sponsored Terrorism Using Federal Funding to groom Victims'

# Exploitation

Civil Rule 12B violation Prima Facia case discovered early on I was droned in the Head in 2012
Showing me naked in my apartment to entice men to come to the Republican National Convention
Illegal Devices including Web Streaming Devices
Breach of Probate Contract//Extortion/Intimidation
Violation of Due process and equal protection under the law

## Schemes to Defraud

## Solicitation and Human Trafficking

## Concealing my Parents (effaced)

## Abuse of Power under the Color of Law

## Unjust Enrichment

## Domestic Violence

ERISA Violations
Mail Fraud/Wire Fraud
Kidnapping and Chemical Restraint/ Conspiracy
Surveillance and Stalking before during and now August 7, 2017
Abuse of Federal Funding Revenue to commit Fraud
Voyeurism and Perversion
Use of broadcasting, Television and Radio and their affiliations to Shame and Intimidate
Invasion of privacy
Ethics Violation and perjury
Conspiracy/Collusion/RICO/Business RICO
Concealment of accomplices and witnesses
Mass Tort/Conflicts of Interest/Politically Motivated
Civil Rights Violations
Procurement of Illegal Campaign Financing
Housing Discrimination
Anti-discrimination violations
Bankruptcy Fraud
Bribery and Kickbacks

7

Embezzlement of Assets
Terrorism/Hate Crimes/Religious Hate Crimes/Invasion of Privacy
Domestic Violence/Illegal Web Streaming and Broadcasting of Scheme To Defraud

119—Intimidation of Witnesses

Prisoner had standing under U.S. Const. art 111 to bring his claim uner 42 USCS & 1985(2) because prisoner, alleging injury and intimidations, alleged that causal connection exited between intimidation and filing of malicious and frivolous lawsuits against prisoner's subpoenaed witnesses, thus , prisoners' intimidation injury likely would be redressed by favorable decision. Farese v. Scherer (2003, CA11 fla) 342 Fed 1223,16 FLW Fed C 1000

I was droned in my head at 23951 Lakeshore Blvd in apt. 1504B at Water's Edge Apt's I have a permanent scar on my head, I lived in apartment 1504b in 2011, during the re-election of President Barack Obama as the First African American President. I have a permanent scar on my head, I saw a Doctor Metrohealth Medical Center, to receive treatment. See exhibits:

Fraud

Career Politicians conspire and plotted on me while I was in School and since this is organized Crime to procure live body parts, procure money for gay rights legislation, for campaign financing, and unjust Enrichment , bribery, kickback, and Solicitation for Non Profit organization the people of Cleveland have And incentive to violate individual citizens rights as a collective, these disparate ungodly illegal monsters.

 I notified the Mayor of Cleveland, the Inspector General Office ,State Congressional Representatives, local police And many other State actors who are all involved in this scheme to Defraud Emma Brown's Estate to receive kick backs <u>meeting of the minds</u>. (Conspiracy) Polictically Motivated

   Conspiracy and collusion to kidnap, scheme to defraud and intimidate over the internet the radio and television to human traffic for unjust gain and to scare and terrorize followers of Jesus Christ in particular and the public at large. During the second term of the first African American President of the United States President Barack Obama.  Aggregious Intimidation and harassment for over 6yrs and it is still happening right now.


<u>Attorney Sam Thomas</u>

<u>When I hired Attorney Sam Thomas ESQ, to represent me Judge Laura Gallagher told me" (Bully)</u>
<u>To Let Him Handle it."  Judge Gallagher made us all go into the official court room where all</u>
<u>the hearings  are to be put on record at. Every evil deed done off the record. </u>
Attorney Sam Thomas ESQ, would enjoin as an agent for Judge Gallagher and he then withdrew His representation after me having paid him $750.00 in Attorney fees. (Fraud)
Misrepresentation  Gideoen Promise

8

**My Father Edward Brown Jr. needed a piece of my Mother's liver and Judge Laura Gallagher family member need a bone marrow transplant a male relative, and my mother would be able to see again, this is what I would later discover. Conflicts of interest and Insiders a meeting of the minds for sure.**

Probate Court/Religious Hate Crime/Sacrilegious

Case# 2011 GDN 0171523 Emma Brown(Christian)
See exhibits xxxxxx-xxxxxxx and the docket on file certified to Federal Court
I hired Attorney Sam Thomas ESQ, to represent me and I was misrepresented and extorting for money, by Judge Laura Gallagher with so many other accomplices' along with Magistrate Roseanne Hillow, she violated Rule 12b of the Civil Rules of Procedure and my sister a Co-conspirator and the one who initiated the petition on Aug 30, 2011, she also knew that our father had cancer and needed a Liver Transplant. a meeting of the minds

Background

Yvonne Brown and Judge Laura Gallagher graduated from the same college Miami University in Ohio. Prejudice and Bias and a Interest in the contract,Procurement of live organs for the bone marrow Transplant of her male relative and my father needed a liver and they could restore my mother sight.
Crimes started in 2011 when they kidnapped my mother with the direct help of my sister who came here from California after being gone for over 20 yrs she suddenly pops up.

My Father needed a liver he had cancer and I did not find out about it till after I had typed up the brief that I was being extorted by Magistrate Roseanne Hilow when she violated Civil Rule 12b,
Magistrate Roseanne made me withdraw my petition for guardianship she stated that it would
Be better to assign a third party Leslye M. Huff LLC (Coercion)she made us withdraw our petition, because she and Judge Gallagher is Human Trafficking Afriian American dark skinned black women to expose there bodies to all of these desperate men.
I am also a Christian and they want to corrupt life and steal People body parts and make them victims of crimes. Attorney General Mike Dewine has pornography made by viewing me during this whole
Entire time and they did all of these nasty crimes for the Republican National Convention
And attaching a occult device to stream me live from my current apartment at 15409 Euclid Ave.
East Cleveland, Ohio 44112 #701 Right now to insure that they get away with the crime.

   Conspiracy and collusion to kidnap, scheme to defraud and intimidate over the internet the radio and television to human traffic for unjust gain and to scare and terrorize followers of Jesus Christ in particular and the public at large. During the second term of the first African American President of the United States President Barack Obama.  Egregious Intimidation and harassment for over 6yrs and it is still happening right now. (Domestic Violence)

When I hired Attorney Sam Thomas who I found in the Horizon magazine he was on the cover of the magazine to represent me about discovered that he was involved also in the extortion and did not ask Judge Gallagher to recuse herself but instead once they had extorted me for the brief that I wrote see Exhibits
Human Trafficking

Administrative Law and Procedure
IV Powers and Procedure of administrative agencies, officers and agents
(D) Hearings and adjudications
447.1 In General
Ohio App 10 Dist. 2008 A tribunal must have <u>subject matter jurisdiction</u> before it can consider
The merits of a controversy—Turner v. Ohio Dept of Rehab & Corr. 904. N.E. 2d 566 180 App
3d 86, 2008-Ohio--6608
Insufficient Representation Gideon Promise case get reseach

# <u>Prima Facia case discovered early on</u>, I was not allowed to file

a police report at the fourth district police department in 2012, a police officer that I went to school with
named Ginger, told me that the "Judge Had other plans", then I found out by researching that Yvonne
Brown my sister gone for over 25 yrs and Judge Laura J. Gallagher had both attended to same University
Miami of Ohio , so I knew then that this was <u>Conspiracy</u> then I was <u>droned in my head to insure that I
didn't put something on the docket</u> after they  had extorted me For the Brief which I wrote on the
Direction of Magistrate Roseanne Hilow who used  coercion and duress and made us withdraw our
Petition, which I refused to do, then at Beachwood Point Nursing home my mother was Chemical

Restrained, but she was Chemical Restrain at University Hospital first with Xanax.

Daddy needed a liver transplant I be damned, and he has help orchestrate this entire thing he is a

MASON he had Cancer, and my two cousins Tabitha and Kim, Who knew what was going on, but
who said nothing about the entire situation that they knew what was really going on an that my
apartment was being viewed live via the web but they told me nothing except that my Father had
Cancer.  Intentions

By The President of these United States of America and incorporation with all of these individuals.  *I am
so injured permanently they streamed the entire two years that I resided At 23951 Lakeshore Blvd. #1504
to the entire world and they currently have a spy camera outside of my apartment attached to suite
located in the hallway I discovered and I have pictures of it it was installed by the Maintenance
man Glen in connection with them also, he told me that he was waiting for me to file Bankruptcy so that
he could receive his kick back namely a house.*
*That is to be his and he also came in my apt when ever he wanted an damaged my property on behalf
Of this click of Demons and this is still located in the hall way as of today January 23, 2017, intimidated
by movies, tv, and radio with celebrities and commercial unimaginable. What kind of world is this they
have embarrassed and intimidated me beyond anyone's imagination and it is still going on.*

I participated in the **Workforce Investment program, a federally funded** program that receives grant money and they violated all the laws governing federally funded grant monies where they where monitoring my progress and Grooming me to be Extorted, harassed, intimidated, I was nude in my house had sex in my house and They showed the entire world, via the exploitation me Ralonda Ndiaye a college student. I am asking for 50 million dollars in damages.

In this case Leslye M. Huff LLC, given authority by judge Gallagher to act as guardian of the person And estate.

Procurement of Human Organs for a liver transplant and bone marrow transplantation (Solicitation of citizens in illegal policy to procure funding for Non-Profit organization at the thief of that citizenry Scheme to Defraud, Collision," actions in concert , meeting of minds Judge Laura Gallagher

GOVERNMENT CORRUPTION
Conspiracy, Collusion, In concert, Schemes to Defraud, a meeting of minds
An agreement (premeditated)

INTIMADATION/HATE CRIMES
14TH AMENDMENT
DUE PROCESS VIOLATION
EMPLOYMENT AND LABOR DISCRIMINATION
STATUTE OF FRAUDS
ANTI-DISCRIMINATION VIOLATIONS
HOUSING DISCRIMINATION
Contempt of office
Targeting of Christians with Religious hatred an murder
Domestic Violence
Extortion by way of a probate contract with insiders and alliumuns and fraudulent transfer
Occult Technology /Spy ware installation on devices and hidden cameras and web streaming
Citizens (Mob) involved because of solicitation an illegal incentive, illegal policy made at State and Local
levels for start-up of non profit organization at the Attorney General office
RICO Racketeering Influencing Corruption Organization
Kidnapping and Chemical Restraint of the Elderly
Fiduciary fraud
Judicial Misconduct with Malice and Bad Faith
Attorney Misrepresentation/Fraud
Business RICO
Anti-Trust/Securities Fraud
Bribes and Kickbacks
State Sponsored Terrorism

*11*

Human Trafficking
Pandering pornography and obscenity at the state and local level
Illegal Procurement funding
Harboring or concealing fugitives
Insurance fraud, (Medicare and Medicaid and Life Insurance
Intent to defraud particular persons
Terrorism
Torture
Tyranny
Mail fraud/Wire fraud
Embezzlement
Aiding /abetting
Money laundering
Civil Rights Violations

Crimes started in 2011 when they kidnapped my mother with the direct help of my sister who came here from California after being gone for over 20 yrs she suddenly pops up and my father the  Edward

Brown Jr.  a (mason) who is not dead whom they fake the death of and **effaced** him.

Father needed a liver he had cancer and I did not find out about it till after I had typed up the brief that I I was extorted for by duress and coercion by Magistrate Roseanne Hilow when she violated Civil Rule 12b, she maid us withdraw our petition, because she and Yvonne Brown where in co-hoots with Judge Gallagher they graduated from the same college Miami University in Ohio and all of theses other criminals. Time was of the essence to all the parties of interest.
Judge Gallagher is Human Trafficking African American dark skinned black women to expose there

bodies to all of these desperate men especially during the **Republican National**

**Convention**, I am also a **Christian** and they want to corrupt life and steal

People's body parts and make them victims of crimes. She is Incompetent.
the Attorney General Mike Dewine has pornography made by viewing me during this whole
Entire time and they did all of these nasty crimes for the Republican National Convention
And attaching a occult device to stream me live from my current apartment at 15409 Euclid Ave. East Cleveland Ohio 44112 # 701.

### Housing Discrimination and Human Trafficking/Racial Hatred

All of these Career Politicians are such criminals and pressed over the waterfront property that, President Barack Obama had to create new legislation for Indian Land, President Obama used me to Whistleblow on them by wire tapping my phone, all of this was happening during the Political

Kidnapping Of Emma Brown maiden name **(Christian)** my mother. K&D Management was

committing Anti-Trust Violation in Cleveland and housing discrimination In Cuyahoga County.
K&D Management Lawyers filed a false claim to demand me to appear in court for a balance due that I did not owe and xxxxxxxxxa in an intentional accounting fraud scheme and in Collusion with the Cuyahoga Metropolitan Housing authority to commit housing discrimination on me in Particular and to disparage me and make me move out of the apartment at 23951 Lakeshore Blvd Apt # 1504-B the Waters edge Apartment which had recently be acquired by K& D Management Corp LLC. The Anti-Trust violators on behalf of the Political Establishment and all the people who had interest in running people out of Cleveland Ohio.  (The Water Front Property very crucial to people who want to privatize.)
xxxxxxxThey sent me this documentation during the same time that they had kidnapped my mother.
To disparage me and to stress me out so that maybe by default I would not be intelligent enough to fight back Even when I all ready had a lawyer Agustin Ponce de Leon staff attorney at the Legal Aid Society of Cleveland who had spoken to K&D Lawyers and both the housing Authority and the Property manager at Euclid Meadows Apts and Cindy White of K&D management who was then the Property Manager of water's edge.  I filed a motion to deny Summary Judgment, because I had transferred my security deposit successfully, then all of a sudden a false Claim, And all
of these crimes were being streamed live for the entire world to see set up by Judge Laura Gallagher, the Attorney General Mike Dewine and the Governor John Kasiac and many more public officials, even

given to our by our forefathers in the Constitution the 14th Amendment for all that reside in Cleveland Ohio.

I was victimized by my own family members in co-hoots with the political subdivision of the Probate Court. The President of the United States at the time The first African American Present and friend of aunt used me to covertly whistleblow on K&D Management Corporation LLC. who engaged in Housing Discrimination against me people of other protected classes and violated Anti-Trust statues, while President O'bama had just made legislation requiring proper treatment of the Indian people in Indian land.

My Father and his sister Edward Brown Jr. a Mason and Rhoda Smith with the help of my sister Yvonne Lanae Ware Brown who came all the way from California to assist Judge Gallagher in acquiring Live organs for tissue transplantation a liver for my father who had cancer and bone marrow for her male relative, of Judge Gallaghers, who also had Cancer and to restore the sight of my mother. I have seen both my mother and father after this criminal conspiracy that was televised and web streamed live from my house. A pre planned Conspiracy. My aunt Rhoda Smith my father's sister and my sister Yvonne Lanae brown who came back to Cleveland after being gone more than 20 yrs . Judge Laura Gallagher and Yvonne Lanae Brown both graduated from Miami University in Ohio. Rhoda Smith my father's sister is a hidden figure head of Community Development and the executive level and and Corporate agent / and in this particular case and insider, who retired from the Federal Reserve Bank. I was groomed for extortion when I participated in a federally funded program called the Workforce development program during the first term of President Obama presidency. I was used while being extorted for the brief I wrote in connection to the probate case. (Politically Oriented Procurement funding Stream Scheme during election season.

Law and Equity

Statue of Frauds

VI. Real Property and Estates and Interest Therein.

key 55—Statutory provisions

Ohio App. 2 Dist. 2008. The Statue of Frauds serves to ensure that transaction involving a transfer of real interest are commemorated with sufficient solemnity, and a signed writing provides greater assurance that the parties and the public can reliably know when such a transaction occurs R.C. & 1335.05 –Champion Gym& Fitness, Inc.v Crotty. 900 N. E. 2nd 231. 178 Ohio App 3d.739.2008-Ohio-5642.

The Statue of Frauds supports the public policy favoring clarity in determining real estate interests and discourages indefinite or fraudulent claims about interest. R.C. 1335.05-- Id.

key—63. Interest created by leases.

Ohio App. 2 Dist. 2008 Alleged agreement for sale of gym under which prospective buyer would negotiate with gym's landlord for a new lease was not subject to Statue of Frauds, such agreement from seller to buyer. R.C. 1335.05—Champion Gym and & Fitness, Inc. v. Crotty, 900 N. E. 2d 231, 178 Ohio App. 3d. 739. 2008- Ohio-5642

Contracts

1 Requisite and Validity

(A) Nature and essentials

In General

key---- Nature and grounds of contractual obligation.

Ohio App. 2 Dist. 2008 In its most basic form a "contract" is generally defined as apromise, or a set of promises, actionable upon breach Champion Gym & Fitness, Inc. v. Crotty,900 N.E. 2nd 231 178 Ohio App. 3d 739, 2008-Ohio -5642.

Essential elements of a contract include an offer, acceptance, contractual capacity, consideration i.e the bargaining for legal benefit and /or detriment, a manifestation of mutual assent, and legality of object and of consideration—i.d.

Subject matter Jurisdiction

X DOCUMENTARY EVIDENCE

(D) Production, Authentication and Effect

key---373(1) In general.

Ohio App. 2 Dist. 2008. Circumstantial evidence as well as direct evidence may be used to show authenticity of proffered evidence, as a condition precedent to admissibility. Rules of Evidence Rule Rule 901 (A)—Baker v. Chrysler, 901 N.E. 2d 875, 179 Ohio App 3d 351, 2008-Ohio-6032.

The threshold standard for authenticating proffered evidence, as a condition precedent to admissibility is low, and does not require conclusive proof of authenticity, but only sufficient foundational evidence for the trier of fact to conclude that the evidences is what its proponent claims it to be Rules of Evid., Rules 901(A).—i.d

Adverse Possession

(E) Duration and Continuity of Possession

key-- - 40 –In general

Ohio. App. 5 Dist. 2008 Adverse possession may be asserted as an affirmative defense to bar the owner of record title from asserting title by reason of the running of a 21-year statute of limitations— Wagnoner v. Obert, 905 N.E. 2nd 694, 180 Ohio App 3d 387, 2008-Ohio 7041

Bias and prejudice and Interest

28 U. S. Code &144 Bias and Prejudice of judge

Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias of prejudice either against him/her or in favor of any adverse party, such judge shall proceed not further therein, but another judge shall be assigned to hear such proceeding. The affidavit shall stat the facts and the reason for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard of could cause shall be shown for failure

to file it within such time. A party may file only one such affidavit in any case. It shall be accompanied by a ceriticate of cousel of record stating that it is made in good faith. (June 25, 1948,ch 646, 62 Stat 898; May 24, 1949. ch. 139 & 65, 63 Stat. 99.) All the parties to these crimes had a meeting of the minds and personal connects including conflicts of interest. Yvonne and Judge Gallagher graduated for Miami University of Ohio. Rhoda Smith hidden corporate executive on a sitting board of Cuyahoga County and her daughter Rhonda Fergerson CEO of an Energy Company. with the Judge of the County also both knowing each other and graduating from Case Western Reserve Law School.

## Fiduciary Fraud/ Anti Trust/Corporations

key----1.4(1)  In general.

Ohio 2009. In certain circumstances the corporation form may be disregarded, and the corporate form may be disregarded, and the corporate veil pierced, for the purpose of reaching the assests of the corporation's  individual shareholders.—Minno v. Pro-Fab Inc. 905 N.E.  2nd  613. 121 Ohio St. 3d464,2009-Ohio-1247

The corporate form may be disregarded and individual shareholders held liable for wrongs committed by the corporation when: (1) control over the corporation by those to be held liable was so complete that the corporation has no separate mind, will, or existence of its own;(2) control over the corporation by those to be held liable was exercised in such a manner as to commit fraud, an illegal act or a similarly unlawful act against the person seeking to disregard the corporate entity; and (3) injury or unjust loss resulted to the plaintiff from such control and wrong—id.

key---1.4(4) Instrumentality, agency, or alter ego Ohio 2009

When a shareholder exercises such control over a corporation tht the corporation becomes the shareholder's alter ego, and when the shareholder misuses his control of a corporation to commit specific, egregious acts that injure, a third party, then it is unjust to allow the shareholders to use the corporate form as a shield to escape the consequences of those wrongful acts—Minno v. Pro-Fab Inc. 905 N. E.2d. 613,121 Ohio St. 3d 464,2009-Ohio 1247

1. Judges---11(2) Judges' misconduct in engaging in exparte communication with prosecutor during sentencing phase of capital murder prosecution, asking prosecutor to draft sentencing order, violated canons of judicial conduct requiring a judge to respect and comply with the law, set at all times in a manner that promotes public confidence in the integrity of the judiciary, and prohibiting a judge from engaging in ex parte communications. Code of Jud. Conduct Canons 2, 3(B)(7).

Attorney and Client and Third Parties

key----11 (13). Actions of corporation and individuals engaging in the unauthorized practice of law by marketing and selling living trust agreements and other estate planning documents warranted imposition of the maximum civil penalty of $10,000 dollars for each of the five documented sales of such legal documents to state residents; corporation and individuals engaged in repeated violations through widely distributed solicitations and the violations were flagrant given Supreme Court repeated condemnation of living trust marketing schemes virtually identical to corporation business model. Government  Bar Assn. V. Mid South Estate planning. LLC. 903 N.E. 2nd 295.121 Ohio St. 3d 214. 2009-Ohio-747

Ohio 2009 Civil penalty of $17,000 was appropriate sanction for limited liability company unauthorized practice of law by providing estate planning services to customers and legal advice regarding the same. Cincinnati Bar Assn. v. Mid-South Estate planning. LLC. 903N.E. 2nd 294,121. Ohio St. 3d 212, 2009-Ohio

# RICO/INTIMADATION/FRAUD
## Human Trafficking
### Statues of Frauds
## "Scheme to Defraud "with more than 50 people involved

Solicitation of people to procure money for Non Profit Organization including Human Trafficking

Obstruction of Justice

Abuse of Power

Intimidation

Exploitation over the Internet, Television, and Radio

Kick backs and Bribery

Securities Fraud

Kidnapping


Procedural violation (Civil Procedure Rule 12B) No Due Process rule regarding motions

Federal Grant funding Fraud via Workforce Investment ACT

(scheme to defraud)

Institutions involved

University Hospital of Cleveland and their employees

Beachwood Point Nursing Home and their employees

Adult Protective Services

Long Term Ombudsmen

Conspiracy to commit Murder

Contempt

Chemical restraint

Physical violence

Video Voyerism and Perversion

Pandering Obscene material for production and distribution

Producing Pornograghy

Political and Public and Business Corruption

Assault with a chemical weapon

Kidnapping and extortion and threat

Scheme to defraud

Wire fraud


Yvonne Lanae Brown recently disappeared lived in California came here from California after being gone over 20 years in concert of action. Yvonne and Judge Gallagher both graduated for Miami University here in Ohio. (Meeting of the Minds) (Conspirarcy to kidnapping and make deals with the President of

the United States, Bribery to procure funding for gay rights legislation, to fund the second term of President Obama's office, to solicit by schemes to defraud, including pandering and making pornograghy

Rhoda Smith  (aunt) <u>Federal Reserve</u> bank retired Sister of so-called deceased who was in need of a Liver Transplantation. Fully aware and acting in concert
Richard Smith (uncle)Retired United States Postal Office
Rhonda Fergerson , The daughter an niece of Edward Brown and she also graduated from Case WesternUniversity as a Corporate Lawyer,  and  she is currently Chief Executive officer of First Energy Corp.
President Barack Hussein Obama (mason) fully aware and in concert
United States Attorney General   Mr. Eric Holder put on notice sent faxes notified fully aware.
Judge Laura Gallagher needed bone marrow and money that why she committed numerious acts malicious crimes head facilatator

Magistrate Judge Roseanne Hilow
Magistrate Judge David Mills
Attorney Sam Thomas III
Attorney Leslie Huff,LLC
Governor John Kasiac
Attorney General Mike Dewine   an all of these people was notified while kidnapping was going on done nothing watching me in the apartment  to understand how to get away with  their organized corruption
Mayor Frank White- notified
Inspector General- notified
Senator Sherrod Brown
Senator Nina Turner

<u>Prima Facia</u> case discovered early on in 2012, In the motion file 555555555No reply to my motion to dismiss case and remove Leslye Huff LLC <u>illegally</u> appointed Guardian over the person and estate, even though I contested the need for a guardian, but was compelled to comply with Magistrate Roseanne Hilow under duress and coercion and order.
Extortion and threat including Intimidation, physical and chemical assault, I was droned in my forehead as I slept, by a United States Drone in the furtherance of these High Crimes and all of the violations to the rule of law.

**Magistrate Hilow was the one who told me to write a good one.** I didn't understand what she was talking about but soon I would understand all of this people and how all of them where Co-conspirators.  In the scheme to defraud and how they all where working in "concert of actions".

In furtherance of all of the following Crimes.

 I retained Attorney Sam Thomas as my Attorney. But what I didn't understand was who all was involved and why was this happening as soon as Yvonne Ware Brown came to town after being gone for over 20plus years living in California,
**(Hollywood) Who has connection to Hollywood**
 Judge Laura Gallagher and Yvonne both graduated from Miami University of Ohio Oh Really!!!!!!!!(Bias and Predjudice. Smoking Gun/when I would first meet with Judge Laura Gallagher who told me in a nasty tone  to let Attorney Sam Thomas handle it. Bullying of a United States citizen by a Federally Appointed Judge.
 Scheme to Defraud including insiders, My Father Edward Brown Jr the Mason, My Sister Yvonne Lanae Brown,the judges Alliums, My Aunt Rhoda Smith Hidden Community Development agent and Friend of Oprah Winfrey and President Barack Obama, Her daughter is a Chief Executive officier for and Energy Co. First Energy
retired Federal Reserve Bank.
Intimadation
*I resided at Water's Edge Apartments, 23951 Lakeshore Blvd. #1504, Euclid Ohio 44123 on the 15th floor. Where I was physically droned in the head in the morning , when the government Heared me say "that I should put something on the Docket, to show fraud was being committed Next thing I know I'm droned in the head as I slept* and I went to a dermatologist regarding the permanent scar that is now on my  head I did not have any permanent scars on my head.
When this happened and I was being also attacked by the Cuyahoga Metropolitian housing Authority under the Direction of Judge Laura Gallagher, I summoned to reply to a false Claim
So that I would have to respond as not to get a Default Judgment that wou

Attorney Sam Thomas  knew that the entire matter was void and illegal, but instead of upholding The law and of representing my interest, he enjoined with all of the corrupt agents, judges, lawyers, Doctors in  the conspiracy and scheme to defraud.
Finish, they needed me to write brief, and when I was in a hearing with Magistrate  Roseanne Hilow after she used duress and coercion to make us withdraw  or petitions, I stated that I would not ,withdrawn I contested even before I hired Sam Thomas by motions, the  one that  is co

 The violation to Civil Procedure Rule12b regarding motions, which the <u>Attorney of Record</u> Sam Thomas Thomas  was well aware of as he knows the law and has taken an oath to protect and Provided competent legal representation, not fraud from taking my money to retain him and then Doing nothing and defrauding me as my attorney.

Seeking Declarative judgement regarding

S

Contempt of Office of all these agents of the United States Of America
Providing  for Pandering of Obscenity and pervasive materials across interstate lines to the entire world
via Illegal web streaming devices planted in my apartment  streaming to the entire would during the
second term of then President Barak Obama
Why  would a President run for office that did not have the funding to do so?

Attorney General Mike Dewine with adult entertainment available on the  2012 website
from spying on me in Particular and I don't know how many other women have become victimized
By these malicious ungodly individuals to many to count.

Conspiracy to Terrorize and make everyone under submission to the interest entire world by
Broadcasting the event on tv streamed the extortion live

Extort and threat

Scheme to Defraud

by Judges, Presidents , lawyers, Doctors, social workers" and regular citizenThat have been promised
kickbacks all of these people  in concert to extort other citizen by way of insiders,
Contracts, spying in a citizens house, showing my naked by devices like a tv that was given to me by The
Tax collector for Euclid Municipal Court in which I lived at the time
a competent  woman
Violence Against women


State Sponsored Terrorism

Grooming of victim Ralonda Ndiaye to Extort by way of a probate contract and a written brief
To be used in kidnapping extortion scheme to defraud. Committed by Democractic
And Republicans  Public Corruption to fund illegal policy set up by the general Assembly
Of having a


Illegal Procument funding of the Presidency of the First African American President
Tyranny promogated against  African American, Native Americans and the disparate
Citizens of the State of Ohio

Rackeeteering Influencing Corruption Organization

Conspiracy to kidnap, to  murder for insurance fraud purposes

Anti- Trust of the Probate Court of Cuyahoga County and its agents and employees

Rico in Business

Obstruction of Justice, Abuse of power,

Coercion, duresss

Intimadati


Witness List

Rhoda Smith my Aunt (retired Federal Reserve Bank) undercover head of Community Development
Friend of TV Personality Oprah Winfrey who campaigned for President Barack Hussein Obama, Her

Daugther Rhonda Fergurson CEO Of First Energy

Federally  appointed Judges and Governors, Attorney General office
The mayors office, the inspector generals of Public Corruption, via
The workforce investment funding  stream in my case the Stimulus funding
Grant stream

Amended Complaint
When I discovered that my Father, Sister and Aunt where directly involved and then understanding
Also that my father jumped up when I handed him the brief that I had been extorted to draft up.

The Attorney General Mike Dewine the State Attorney General  adult entertainment establishment
Human Trafficking by the US President and all of these other Men who think it is Ok to stalking and
commit violence against women. Even my psychotherapist

Using my body  to Human Trafficing men for the Republican National Convention, exposing  by naked
To the entire world via the Internet, Exploitation of my existence as an individual and ridiculing me on
The radio and the television and people so numerous writing books about it while using *methofors*
And trying to degraded my as this is a policy, this people got together , they calling it Project Star
And all of their WRAP AROUND  POLICY , CORPORTATION AND PARTNERSHIP AND NON PROFIT
Fraud, extortion, coercion,  intimidation, religious hate crimes, exposing my nude body on the internet
by
Installing web streaming software, and wire tapping all while they were committing the crimes some
many people involved and looking for bribes and kickback, Soliciation as a state method  of intimidating
All of the Africian America and disparate public, by SHOCKING them into the submission of their
Rights being Violation an
A of my phones at the time I had
kidnapping
When I hired ,Sam Thomas as my attorney, I thought that I was being represented by an honest attorney
who would handle the removal of Magistrate Judge Roseanne Hilow, for bias and prejudice in violation
of probate law , when a judge is interested in a
I filed a motion that was never
Replied to in violation of the procedural laws of The rules of  Civil Procedure Rule12b. Sam Thomas
As a Attorney and Representative, was supposed to void the entire contract , by since he was a
Part of the State sponseredTerrorism

substantive law
because I contested the need for a third part to intervene, Instead of Attorney Sam Thomas I would
discover that He had enjoined  his self in the crime

And all of the  crimes and violations to rule of law.

1. Violation  of the Probate Contract, filed by myself Ralonda Ndiaye , daughter of kidnapped ward of the State, Emma Brown##########, by Insiders Edward Brown Jr. my father who was in need of a LIVER TRANSPLANT and his Sister Rhoda Smith head of Community Development and my sister Yvonne Lanae Brown who lived in California for over
20 years and returned on the order  of the  President of the United States President Barack Obama and all of this Criminals

2. 14th amendment Constutional  No due process violation  of Civil Rule 3b regarding by the entire administrative department of this political  subs
Division, including all of the follow violation to the rule of law.  To carry all of this crimes out
This techniques and methods in Public Corruption including Human Trafficking, stalking
State Sponsered Terriorism, State  kidnapping and State  Intimidation, Intimidation by  spyware
Installed on th work closet of the building in which I currently reside.
Extortion,  Fraud,  Abuse  of power
Obstruction of Justice
i
Coercion
Duress
Compulsion

23

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th of August 2017, a copy of this Amended Complaint, was hand delivered to or certified by Regular U. S mail Delivery upon.

Council of Record
Attorney Sam Thomas, lll ESQ
1510 E. 191 Street
Euclid, Ohio 44117
sam@stattorney.com
216 229-1521 Cell
216 357-3300 Office
216 357-3700 Fax

Ralonda Ndiaye
15409 Euclid Ave. # 701
East Cleveland, Ohio 44112
Next of Kin