# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **RALONDA NDIAYE,** | ) | **CASE NO. 1:17 CV 1814** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| **SAM THOMAS III, ESQ.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

For the reasons stated in the Court's Memorandum of Opinion, this action is dismissed. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                                                    /s/Donald C. Nugent
                                                  DONALD C. NUGENT
                                                  UNITED STATES DISTRICT JUDGE

Dated: __January 16, 2018_____